JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SUESS,<br><br>        Plaintiff,<br><br>vs.<br><br>BARACK OBAMA, et al.,<br><br>        Defendants. | Case No. CV 15-09873-JAK (DTB)<br><br>**JUDGMENT** |

    Pursuant to the Order Denying Plaintiff's Request to Proceed Without Prepayment of Full Filing Fee,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 1/11/16

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1